# Tom Green County
## District Clerk
### *Sheri Woodfin*



**112 W Beauregard**
**San Angelo TX 76903**

**325-659-6579**
**Fax - 325-659-3241**

RE: Court of Appeals Number: 03-15-00677-CR
Trial Court Case Number:      A-14-1120-SA

Style: Kenneth Wayne Acy, Jr.
      v. The State of Texas

To whom it may concern,

We are requesting an extension to file the supplemental clerk's record in the above aforementioned case. The supplemental clerk's record was scheduled to be due November 12, 2015. This was to include the Trial Court's Certification of Defendant's Right of Appeal. The trial court clerk has notified the appropriate parties with a blank copy of the Trial Court's Certification of Defendant's Right of Appeal.  The appellate attorney, Mr. Tom Watson, has informed me that he mailed that certification to his client for his signature. As of now, we have not received that certification, but when we do receive it, we will submit the Supplemental Clerk's Record immediately.

Sincerely,

**/S/ ANTHONY MONICO**

Anthony Monico
Deputy District Clerk

